March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Terrell Johnson                ,
                        Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEOCONFERENCE** and teleconference

10 CR 1236 (LMS)

Defendant _____Terrell Johnson_____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:  and teleconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

___    Preliminary Hearing on Felony Complaint

_X_    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

/s/ Terrell Johnson, electronic
signature placed here by USMJ Smith
with permission of Defendant
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

    Terrell Johnson
_____
Print Defendant's Name

/s/ Daniel Hochheiser, electronic
signature placed here by USMJ Smith
with permission of Counsel
_____
Defense Counsel's Signature

    Daniel Hochheiser
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

7/30/2020
_____
Date

_____
~~U.S. District Judge~~/U.S. Magistrate Judge