# Law Offices of  MEMO ENDORSED
## Daniel A. Hochheiser
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

December 4, 2019

Via ECF and email
Hon. Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, NY 10601

Re: USA v. Terrell Johnson 10 CR 01236 KMK

Your Honor:

Pursuant to the Criminal Justice Act, please endorse this letter appointing me *nunc pro tunc* to January 7, 2020 as assigned counsel to represent Terrell Johnson in connection with the referenced Violation of Supervised Release matter, which included a second petition, and an amended petition, which recently concluded with an admission and sentence.

Granted.
So Ordered.

*[signature]*
12/7/20

Respectfully submitted,

*[signature]*

Daniel A. Hochheiser